IN THE SUPREME COURT OF THE STATE OF NEVADA

HG STAFFING, LLC; AND MEI-GSR
HOLDINGS, LLC, D/B/A GRAND
SIERRA RESORT,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LYNNE K. SIMONS, DISTRICT JUDGE,
Respondents,
    and
EDDY MARTEL, A/K/A EDDY
MARTEL-RODRIGUEZ; MARY ANNE
CAPILLA; JANICE JACKSON-
WILLIAMS; AND WHITNEY
VAUGHAN,
Real Parties in Interest.

No. 79118

FILED

MAY 0 7 2020

E. ÜGERA BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to dismiss unpaid-wage claims.

In *Neville v. Eighth Judicial District Court*, 133 Nev. 777, 406 P.3d 499 (2017), we held, by necessary implication, that exhaustion of administrative remedies is not required before filing an unpaid-wage claim

20-17362

in district court. The district court therefore correctly denied petitioners' motion to dismiss. Accordingly, we

ORDER the petition DENIED.

_____ , C.J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Stiglich

_____ , J.
Cadish

_____ , J.
Silver

cc:   Hon. Lynne K. Simons, District Judge
Chris Davis
Cohen Johnson Parker Edwards
Susan Heaney Hilden
Thierman Buck LLP
Washoe District Court Clerk